HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARKEMA, INC., a Pennsylvania corporation, as successor to prior owner/operator ATOFINA CHEMICALS, INC, ELF ATOCHEM NORTH AMERICA, INC., and PENNWALT CORPORATION, and GENERAL METALS OF TACOMA, INC., a Washington Corporation,<br><br>Defendants. | Case No.  C05-05147RBL<br><br>ORDER GRANTING WEYERHAUSER'S MOTION FOR REMAND |

This matter is before the Court on Plaintiff Weyerhaeuser's Motion to Remand.  The Court has considered all the pleadings, arguments in court, and the remainder of the file herein.  It is hereby ORDERED that the Motion to Remand is GRANTED.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and Pierce County Superior Court.

The Court declines to award fees or costs to either party.

IT IS SO ORDERED this 24th day of May, 2005.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1